# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7, Appellant | § § § § § | Civil Action No. 4:25-cv-03755 |
| v. | § § § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, Appellees. | § § § | |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Appellant Kevin M. Epstein, United States Trustee for Region 7.

Date: September 12, 2025

By:    */s/ Sumi Sakata*

Sumi Sakata
Trial Attorney
Department of Justice
Executive Office for United States Trustees
441 G St., NW, Suite 6150
Washington, DC  20530
Tel: (202) 307-1399
Fax: (202) 307-2397
sumi.sakata@usdoj.gov
D.C. Bar No. 1019220
S.D. Tex. Fed. No. 2743902

## CERTIFICATE OF SERVICE

I certify that on September 12, 2025, I caused a copy of the foregoing Notice to be served via the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Sumi Sakata*
Sumi Sakata